IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID McGRIFF,

    Petitioner,

v.                                        CASE NO. 4:08cv402-SPM/WCS

WALTER McNEIL,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 20, 2011 (doc. 17). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 17) is ADOPTED and incorporated by reference in this order.

    2.    The 2254 petition for writ of habeas corpus filed by David McGriff

challenging his convictions for battery on a law enforcement officer, resisting a law enforcement officer with violence, and burglary of a dwelling, in the Circuit Court of the Second Judicial Circuit, in and for Leon County Florida, case number 05CF01897 is denied.

      3.    No certificate of appealability will be issued because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 21st day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge